ACCEPTED
01-15-00796-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 5:00:32 PM
CHRISTOPHER PRINE
CLERK



**Scott R. Peal**
COUNTY ATTORNEY
CHAMBERS COUNTY

TELEPHONE: 409/267-2411
FAX: 409/267-8296

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 5:00:32 PM
CHRISTOPHER A. PRINE
Clerk

POST OFFICE BOX 1200
ANAHUAC, TEXAS 77514

September 24, 2015

Christopher A. Prine
Clerk of the 1st District Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066
(Fax)   713-755-8131

Re: 01-15-00796-CR   - Supplemental Record (**Trial Court Certification**)

Dear Mr. Prine:

My office received your notice September 24, 2015 pertaining to the supplemental record, specifically, the trial court's certification of appellant's right of appeal.

Today, September 24, 2015, the trial judge signed the certification, and appellate counsel Mr. Gladden was notified (via his office) the document resides in the clerk's office awaiting the signature of both appellant and counsel.

Once signed, the certification shall be delivered immediately to the trial court clerk for further action pursuant to your directive as conveyed in the Notice dated September 11, 2015.

If there are additional matters I can discuss with you, please do not hesitate to contact me.

Respectfully submitted,

Barbara J. Fox

BARBARA J. FOX
Assistant County Attorney
Chambers County, Texas
State Bar No. 24077970
Office: (409) 267-2411
Fax: (409) 267-8296
Email: bfox@co.chambers.tx.us

FILED FOR RECORD
2015 SEP 24  PM 4: 12

cc:      Greg Gladden